# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| ESTATE OF SHEILA CURRY SAYER A/K/A SHEILA C. SAYER, AND SHEILA SAYER, DECEASED | : No. 105 MM 2015<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: MICHAEL CURRY BLOOM, IN HIS OWN RIGHT, AND HANNAH CURRY WITTMAN AND MALLORY CLAY WITTMAN, BY THEIR NATURAL PARENT AND GUARDIAN, SUZANNE BLOOM WITTMAN AND SUZANNE BLOOM WITTMAN, IN HER OWN RIGHT | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of September, 2015, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **DENIED**.